## McLEOD v. McLEOD

No. 299P85.

Case below: 74 N.C. App. 144.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 13 August 1985.

## NATIONWIDE INS. CO. v. OJHA

No. 379P85.

Case below: 72 N.C. App. 355.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 13 August 1985.

## ROWE v. ROWE

No. 267P85.

Case below: 74 N.C. App. 54.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 13 August 1985.

## SHAW v. WOODARD

No. 406P85.

Case below: 75 N.C. App. 363.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 13 August 1985.

## SIDES v. DUKE UNIVERSITY

No. 320P85.

Case below: 74 N.C. App. 331.

Petition by defendant (Duke University) for discretionary review under G.S. 7A-31 denied 13 August 1985. Petition by defendants (Harmel and Miller) for discretionary review under G.S. 7A-31 denied 13 August 1985.